IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLGER FIALLO, | ) |
| | ) |
| Plaintiff, | ) No. 1:25-CV-00243 |
| | ) |
| v. | ) Honorable Franklin U. Valderrama |
| NEW VIEW GIFTS & ACCESSORIES, LTD., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant NEW VIEW GIFTS & ACCESSORIES, LTD ("Defendant") hereby gives notice that Plaintiff HOLGER FIALLO and Defendant (collectively, the "Parties") have settled the claims in this case and are in the process of exchanging a final agreement for execution. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within thirty days (30) days as soon as the formal settlement agreement is completed and executed by all parties. Defendant respectfully requests that the Court enter an Order striking all upcoming deadlines and allow the Parties until March 14, 2025 to file the Stipulation of Voluntary Dismissal.

Respectfully submitted by:

*/s/ Ryan T. Benson*

One of Defendant's Attorneys
Ryan T. Benson (ARDC No. 6312338)
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
rbenson@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

This is to certify that on February 14, 2025, I electronically filed Defendant's Notice of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

ATTORNEY FOR PLAINTIFF:
Benjamin Sweet
Nye, Stirling, Hale, Miller & Sweet, LLP
101 Pennsylvania Boulevard
Pittsburgh, PA 15228
412-857-5350
Fax: 805-284-9590
Email: ben@nshmlaw.com

*/s/ Ryan T. Benson*
Ryan T. Benson (ARDC No. 6312338)
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
rbenson@ohaganmeyer.com